THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Troy Lamar Brown,       
Appellant.
 
 
 

Appeal From Orangeburg County
Luke N. Brown, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-287
Submitted February 20, 2003  Filed April 29, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia;  and Solicitor Walter M. Bailey, Jr., of Summerville; for Respondent.
 
 
 

PER CURIAM: Troy Lamar Brown appeals from 
 his guilty plea to first-degree burglary and assault and battery with intent 
 to kill.  Brown contends the circuit court judge erred in accepting his guilty 
 plea without properly advising him of the sentencing consequences he faced.  
 Brown filed a separate pro se brief, arguing his plea should not have 
 been accepted because: (1) he was not advised of the sentencing consequences; 
 (2) he was not afforded a competency hearing; and (3) the indictment for first 
 degree burglary failed to describe an aggravating circumstance of the burglary.  
 After a thorough review of the record and counsels brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Browns appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.